Exhibit A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

LAUREN HAIDON,

                Plaintiff,

    v.

FENSTER ENTERPRISES, INC.,
NATIONAL BUILDING PRODUCTS, INC.,
NATIONAL BUILDING PRODUCTS AND
SERVICES, INC. f/k/a PELLA PRODUCTS, INC.,
HERBERT A. KRIEGH, YOMI OJO, and
GRETCHEN CORDONNIER

                Defendants.

**STIPULATED ORDER OF**
**DISMISSAL WITH PREJUDICE**

Civil Action No. 1:19-CV-01010

    IT HEREBY IS STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties in the above entitled action, that whereas neither the Plaintiff nor the Defendants are infants or incompetent persons for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above entitled action be, and hereby is, having been fully settled and compromised, dismissed with prejudice and on the merits, without costs or fees to either Plaintiff or Defendants as against the other, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    This stipulation may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

/s Peter H. Wiltenburg
───────────────────────────
Erin S. Torcello, Esq.
Peter H. Wiltenburg, Esq.
**BOND, SCHOENECK & KING, PLLC**
Avant Building   Suite 900
200 Delaware Avenue
Buffalo, New York  14202-2107
Telephone:  (716) 416-7000
E-Mail: torceles@bsk.com
           pwiltenburg@bsk.com

*Attorneys for Defendants Gretchen Cordonnier and Yomi Ojo*

/s Susan C. Roney
───────────────────────────
Susan C. Roney, Esq.
Tracey B. Scarpello, Esq.
**NIXON PEABODY LLP**
40 Fountain Plaza, Suite 500
Buffalo, New York 14202
Tel.: (716) 853-8100
E-mail: sroney@nixonpeabody.com
           tscarpello@nixonpeabody.com

*Attorneys for Defendants Fenster Enterprises, Inc., National Building Products, Inc., National Building Products and Services, Inc. f/k/a Pella Products, Inc., and Herbert A. Kriegh*

/s/ Matthew D. Miller
───────────────────────────
Matthew D. Miller, Esq.
Marco Cercone, Esq.
James R. O'Connor, Esq.
**RUPP BAASE PFALZGRAF CUNNINGHAM, LLC**
1600 Liberty Building
424 Main Street
Buffalo, New York 14202
Telephone:  (716) 854-3400
E-Mail:  mmiller@ruppbaase.com
           cercone@ruppbaase.com
           oconnor@ruppbaase.com

*Attorneys for Plaintiff*

So Ordered:

───────────────────────────                         ───────────────────────────
Lawrence J. Vilardo, U.S.D.J.                              Date